IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DONNIE GREEN,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO DEALER SERVICES,<br><br>      Defendant. | No. 4:11-cv-00154-JAJ<br><br><br>**ORDER** |

Pending before the court are plaintiff's complaint [dkt. 1] and plaintiff's motion for leave to proceed in forma pauperis [dkt. 2]. In reviewing plaintiff's complaint, the court notes that he alleges the following:

### JURIDICTION

Jurisdiction of this court arises under 28 U.S.C. 1331 and pursuant to 15 U.S.C. 1681 et seq, and pursuant to 28 U.S.C. 1367 for pendent state law claims. This action arises out of Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. 1681, et seq ("FCRA").

### PARTIES

Plaintiff, Donnie Green, is a natural person residing in the State of Georgia, County of Clayton. Plaintiffs address is 574 Windsor Drive. Mailing address is P.O. Bx 1181 Locust Grove Ga. 30248.

Defendant Wells Fargo Dealer Services, Does business in Georgia and NC, and its address of record is P.O. Bx 1697 Winterville, NC. 28590. Its Registered agent is Corporate Service Company 40 Technology Pkwy South #300 Norcross, Ga 30092.

### VENUE

Venue is proper in this district because the acts and

> transactions occurred here, and the Defendants transact business here.

See Dkt. 1, pp. 1-2.

According to www.wellsfargodealerservices.com, Wells Fargo Dealer Services is "one of the largest independent auto finance companies int the nation." In further navigating the Wells Fargo Dealer Services website, the court does not see that there is a "Regional Business Center" is the State of Iowa, but rather that the State of Iowa is served in part by the Kansas City Regional Business Center and in part by the Chicago Regional Business Center. Thus, given the allegations made by the plaintiffs with respect to the parties, i.e., that he is a resident of Georgia and that the defendant does business in Georgia and North Carolina, the court must question whether venue is properly located in the United States District Court for the Southern District of Iowa.

Title 28 United States Code § 1391 provides, in pertinent part:

> (b) A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to claim occurred, or a substantial part of the property that is subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.
>
> (c) For purposes of venue under this chapter, a defendant that is a corporation shall be deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced.

Before deciding plaintiff's motion to proceed in forma pauperis, the plaintiff shall, by Friday, May 27, 2011, file with the court sufficient evidence demonstrating that venue

of this matter properly lies in the Southern District of Iowa.

Upon the foregoing,

**IT IS ORDERED** that the plaintiff shall, by **FRIDAY, MAY 27, 2011,** file with the court sufficient evidence demonstrating that venue of this matter properly lies in the Southern District of Iowa. Plaintiff is advised that failure to provide such evidence will result in the dismissal of this matter without prejudice.

**DATED** this 17th day of May, 2011.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA