IN THE UNITED STATES DISTRICT COURT

SOUTHEREN DISTRICT OF IOWA

| | |
|---|---|
| Donnie Green, | * |
| Plaintiff, | * |
| -vs.- | * Case No:__4:11 cv 00154-JAJ |
| Wells Fargo Dealer Services., | * |
| Defendant. | * |

## MOTION TO DISMISSSE COMPLAINT

COMES NOW, Donnie Green Plaintiff and appearing Pro Se and here by moves this court with a motion to withdraw Complaint in support of said motions states the following;

Plaintiff filed Complaint with this court on April 1st, 2011. Plaintiff upon review had determined that the complaint was filed prematurely and seeks to withdraw it from the record. Plaintiff seeks the dismissal of the complaint to be without prejudices.

No party will be harmed by the withdrawing of this amended complaint.

WHEREFORE, for the reason stated Pro Se good cause shown, and the interest of justice the plaintiff request that the courts grants said motion in accordance withdrawal of the complaint filed April 1st, 2011 from the record.

<u>Respectably Submitted</u>

Donnie Greem./Pro Se:

POBox 1811

Locust Grove GA 30248

*[signature: Donnie Green]*

## VERIFICATION

I, Donnie Green, do declare under penalty of perjury as delineated in 28 USC 1746 that the information contained herein is true and correct to the best of my knowledge. Executed this 25th day of April, 2011 in the State of Georgia, County of Henry, and City of Locust Grove.

*[signature: Donnie Green]*
Donnie Green

Sothern District IOWA

05/23/2011

RE: Donnie Green vs Wells Fargo Dealer Services

Dear Clerk:

Please file these copies of the Motion to Dismiss with your court.

Your assistance is sincerely appreciated.

Respectfully yours,

Donnie Green

PoBox 93444
Des moines IA 50309